# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT D. FERGUSON, *et al.*, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AON RISK SERVICES COMPANIES, INC.: <br> *et al.*, : <br> Defendants. : | Civil Action No. 19-9303 (FLW)(TJB) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by John Paul Madden, Esq., counsel for Defendants Aon Risk Services Companies, Inc. ("Aon Inc."); Aon Risk Services Central, Inc. ("Aon Central"); and Aon Risk Services Southwest, Inc ("Aon Southwest") (collectively, "Defendants" or "Aon"), on a Motion to dismiss the Complaint filed by Plaintiff Robert D. Ferguson ("Ferguson"); Kansas International Corporation, Ltd., Bankruptcy Estate, a Finnish Corporation ("Kansas Intl"); and Impolex LLC ("Impolex") (collectively, "Plaintiffs"), pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), and (6); it appearing that Plaintiffs, through their counsel, Arnold C. Lakind, Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 26th day of February, 2020,

**ORDERED** that Defendants' Motion to dismiss based on lack of personal jurisdiction is **GRANTED** and Plaintiffs' Complaint is dismissed without prejudice; and it is further

**ORDERED** that the Clerk of Court is directed to close this case.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge